U.S. DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHELLE ANDERSON, Individually and on behalf of all others similarly situated,<br><br>                **Plaintiff,**<br><br>   vs.<br><br>**FORD MOTOR COMPANY,**<br><br>                **Defendant.** | NO. 6:17-cv-03244-BP |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Plaintiff's Initial Disclosures were served upon counsel of record by email on this 26th day of October 2017, with notice served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

        Cari K. Dawson (*pro hac vice*)
        Kyle G.A. Wallace (*pro hac vice*)
        Bradley M. Strickland (*pro hac vice*)
        Jamie S. George (*pro hac vice*)
        ALSTON & BIRD LLP
        1201 W. Peachtree Street
        Atlanta, Georgia 30309
        (404) 881-7000 (telephone)
        (404) 881-7777 (facsimile)
        cari.dawson@alston.com
        kyle.wallace@alston.com
        brad.strickland@alston.com
        jamie.george@alston.com

1

Sherry A. Rozell (Mo. Bar #34131)
TURNER, REID, DUNCAN, LOOMER &
PATTON, P.C.
1355 East Bradford Parkway, Suite A
Springfield, Missouri 65808-4043
(417) 883-2102 (telephone)
(417) 883-55024 (facsimile)
srozell@trdlp.com

*Attorneys for Ford Motor Company*

        s/ Lisa A. White

        Lisa A. White (*pro hac vice*)
        GREG COLEMAN LAW PC
        First Tennessee Plaza
        800 S. Gay Street, Suite 1100
        Knoxville, Tennessee 37929
        Telephone: (865) 247-0080
        Facsimile: (865) 522-0049
        lisa@gregcolemanlaw.com