IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE ANDERSON, Individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 17-03244-CV-S-BP ) |
| FORD MOTOR COMPANY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER dated 2/14/20:
Ford's motion for summary judgment, (Doc. 96), is granted in part and denied in part.

Dated : 1/8/2021

/s/Paige Wymore-Wynn
Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk