# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE ANDERSON, Individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) No. 17-03244-CV-S-BP |
| FORD MOTOR COMPANY, | ) ) ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 21st day of December 2020, the parties herein having filed a Stipulation For Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint as to Count 1 is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: January 8, 2021